IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) Case No. 2:20-mj-1365-MPK<br>) |
| vs. | )<br>)<br>) |
| DESMOND FODJE BOBGA | )<br>) |

## **PROBABLE CAUSE ORDER**

AND NOW, this ninth day of June, 2021, following a Preliminary Hearing, the Court finds that probable cause exists which supports a finding that the charged violations in Counts 2 through 8, 11, and 12, and Count 1, from in and around March 2019 through in and around March 2020, have been committed by the defendant. Probable cause was not established during the hearing with respect to Count 1 prior to March 2019 or with respect to Counts 9 and 10.

BY THE COURT:

_____
Patricia L. Dodge
United States Magistrate Judge